U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 AUG 21 PM 1:15

CLERK

BY _____AL_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

GRAHAM SCOTT TAYLOR
(a/k/a "Scotty"),
    Defendant.

No. 2:25-cr-83-1

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about June 28, 2022, to on or about July 29, 2025, in the District of Vermont, the defendant, GRAHAM SCOTT TAYLOR (a/k/a "Scotty"), unlawfully and knowingly managed and controlled 779 Moren Loop, Morrisville, Vermont, as owner, and knowingly and intentionally made available for use this residence for the purpose of unlawfully manufacturing, storing, distributing, and using cocaine and cocaine base, both Schedule II controlled substances.

(21 U.S.C. § 856(a)(2))

1

1

## COUNT TWO

On or about December 21, 2024, in the District of Vermont, the defendant, GRAHAM SCOTT TAYLOR (a/k/a "Scotty"), knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## COUNT THREE

On or about December 23, 2024, in the District of Vermont, the defendant, GRAHAM SCOTT TAYLOR (a/k/a "Scotty"), knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## COUNT FOUR

On or about March 20, 2025, in the District of Vermont, the defendant, GRAHAM SCOTT TAYLOR (a/k/a "Scotty"), knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## COUNT FIVE

On or about March 24, 2025, in the District of Vermont, the defendant, GRAHAM SCOTT TAYLOR (a/k/a "Scotty"), knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## COUNT SIX

On or about July 29, 2025, in the District of Vermont, the defendant, GRAHAM SCOTT TAYLOR (a/k/a "Scotty"), knowingly and intentionally distributed cocaine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## FORFEITURE NOTICE

1. The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

2. Upon conviction of an offense in violation of 21 U.S.C. §§ 856 and/or 841, the defendant, GRAHAM SCOTT TAYLOR (a/k/a "Scotty"), shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to:

 a. Real property located at 779 Moren Loop, Morrisville, VT 05661, with the following legal description:

 Being all and the same lands and premises conveyed to Elizabeth A. Taylor and Scott Taylor (also known as Graham Scott Taylor) by Warranty Deed of Barbara L Berg and Adam Berg, dated December 22, 2000 and recorded in Book 119, Page 663 of the Town of Morristown Land Records. Said parcel being more particularly described as follows: Being all the same lands and premises conveyed to Barbara L Berg and Adam Berg by Warranty Deed of Stuart P Stevens and Caroline S Stevens dated September 21, 1992 and recorded at Book 101, Pages 480-482, of the Morristown Land Records.

3. If any forfeitable property described above, as a result of any act or omission of the defendant:

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of the court;

 d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

(21 U.S.C. § 853)

A TRUE BILL

███████████████

FOREPERSON

*Michael P. Drescher by JMT*

MICHAEL P. DRESCHER (JMT)
United States Attorney
Burlington, Vermont
August 21, 2025